```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  PETER B. AXELROD (CSBN 190843)
    MONICA FERNANDEZ (CSBN 168216)
 5  Assistant United States Attorneys

 6  ANDREW KLINE (DCBN 441845)
    J. EVANS RICE III (DCBN 481768)
 7  Trial Attorneys, U.S. Department of Justice

 8       450 Golden Gate Avenue, 11th Floor
         San Francisco, California 94102
 9       Telephone:  (415) 436-6774/7065
         Fax: (415) 436-7234
10
11  Attorneys for the United States
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00395-CRB |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TRANSFERRING BONDS FROM CENTRAL DISTRICT OF CALIFORNIA AS TO DEFENDANTS NAM YOUNG LEE AND MYONG SU AHN |
| YOUNG JOON YANG, et al., | |
| Defendants. | |

On September 7, 2005, defendants Nam Young Lee and Myong Su Ahn appeared before this Court. The parties jointly moved for the transfer of the bonds as to the above defendants from the Central District of California to the Northern District of California. The parties' motion

No. CR-05-00395-CRB
[~~PROPOSED~~] ORDER TRANSFERRING BONDS
FROM C.D. CAL. AS TO DEFENDANTS NAM
YOUNG LEE AND MYONG SU AHN

1 | is granted. The Court hereby orders as follows:

2 |     1. Defendant Nam Young Lee's bond (C.D. Cal. Case No. 05-1420M), attached hereto as Exhibit A, is transferred to the Northern District of California.

4 |     2. Defendant Myong Su Ahn's bond (C.D. Cal. Case No. 05-1423M), attached hereto as Exhibit B, is transferred to the Northern District of California.

IT SO ORDERED.

DATED: September 14, 2005

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE