Gary A. Laff, Esq. (SBN: 103446)
LAW OFFICES OF GARY A. LAFF
3345 Wilshire Blvd., Suite 919
Los Angeles, California 90010
Tel: (213) 380-3808
Fax: (213) 380-1963

Attorney for Defendants, NAM YOUNG LEE and MYONG SU AHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05-0395 CRB; |
| Plaintiff, | CR 05-00613 CRB; CR 05-0047 CRB |
| vs. | ~~(PROPOSED)~~ ORDER |
| NAM YOUNG LEE, MYONG SU AHN, et al., | |
| Defendant | |

### ORDER

GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED THAT:

1. The Defendants, NAM YOUNG LEE and MYONG SU AHN, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, are hereby allowed to file with the Court their mutual Waiver of Defendant's Presence;

2. The Defendants', NAM YOUNG LEE and MYONG SU AHN, presence for the current case management hearing on April 5, 2006 is hereby waived with the Court's approval;

3. That a case management hearing for Defendants, NAM YOUNG LEE and MYONG SU AHN, shall be rescheduled for June 7, 2006 at 2:15 P.M. for further hearing.

Dated: April 04, 2006        By: 

Honorable Charles R. Breyer,
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer